Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Kobe Smith  **Case Number:** 0101 1:22CR10157-004-FDS

**Name of Sentencing Judicial Officer:** Honorable F. Dennis Saylor, Senior U.S. District Judge

**Date of Original Sentence:** July 12, 2024

**Original Offense:** Conspiracy to Commit Illegal Transportation or Receipt in State of Residency of Firearm Purchases or Acquired Outside of State of Residency, in violation of 18 U.S.C. § 371

**Original Sentence:** 21 months of imprisonment, followed by 3 years of supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** July 26, 2024

---

## NON-COMPLIANCE SUMMARY

**Violation Number**  **Nature of Noncompliance**

I.  **Violation of Mandatory Condition #1:** You must not commit another federal, state or local crime.

On or about February 1, 2026, in the Commonwealth of Massachusetts, Mr. Smith was arrested for A&B on a family / household member and knowingly resisting arrest.

Evidence in support of this charge includes an arrest report #26-00101-01, Quincy Police Incident Report #26006118/1, and Quincy District Court (Dkt. No.: 2656CR000330).

U.S. Probation Officer Action:

Mr. Smith has been on supervised release for approximately 14 months. His overall adjustment to supervision has been stable. Current risk to recidivate is assessed as low-moderate and is primarily associated with antisocial thinking, social networks, and substance use. Protective factors include employment stability and being a father to his son. The Court is being advised due to the above arrest. While under supervision, Mr. Smith has been responsive to the framework of supervision and was forthcoming to me on the above arrest and conflict with his girlfriend, Ms. Kamari Morris. I spoke to both Ms. Morris and Mr. Smith separately on the conduct matter and provided Ms. Morris with domestic violence resources. At that time, she denied fearfulness to her life or danger from Mr. Smith. I reviewed the conditions of supervision with Mr. Smith, admonished him for his conduct, and delivered cognitive-behavioral interventions to avoid future violations. He was receptive to those interventions. In addition, he has been advised that continued behavior may result in formal violation proceedings.

At this time, Mr. Smith remains manageable in the community, though recent behavior reinforces identified risk factors of antisocial thinking and social networks. It is my assessment that continued structured supervision and intervention strategies remain appropriate. I will continue to monitor his compliance in the community along with Quincy District Court Dkt. No 2656CR000330 and will promptly notify the Court should behavior escalate or noncompliance continue. Currently, no court action is requested.

Prob 12A -2- Report on Offender Under Supervision

Reviewed/Approved by:

/s/ Amanda J. Pawlowski
Amanda J. Pawlowski
Supervisory U.S. Probation Officer

Respectfully submitted,

/s/ Kylie Fucci
by Kylie Fucci
U.S. Probation Officer
Date: February 12, 2026

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Honorable F. Dennis Saylor
Senior, U.S. District Judge

2-12-2026
Date